UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

OLIVIA LEIGH SURIANI,

            Defendant.

14-M-2098-HBS
14-CR-191-WMS

**SENTENCING MEMORANDUM**

---

       Olivia Leigh Suriani is scheduled to be sentenced before this Court on December 15, 2014. Attached is a letter written by the defendant for Your Honor's consideration at the time of sentencing.

**DATED:**    Buffalo, New York, December 10, 2014.

                                        Respectfully submitted,

                                        **/s/John Humann**
                                        John Humann
                                        Senior Litigator
                                        Federal Public Defender's Office
                                        300 Pearl Street, Suite 200
                                        Buffalo, New York  14202
                                        (716) 551-3341; FAX: 551-3346
                                        john_humann@fd.org

**TO:**    Marie P. Grisanti
           Assistant United States Attorney

           Lisa B. Ferraro
           United States Probation Officer

AO 72A
(Rev. 8/82)

Nov 4, 201

Your Honor

Please accept my humble appology for crossing to the USA without proper permission. My action has caused me great pain. These last two months in jail have been the most terrifiying experience of my life. Since the passing of my mother and brother my father has been my best friend in the world and seeing me in chains has broken his heart. I am so, so sorry for what I have done and had no idea of the seriousness of what I was doing at the time. I wanted to turn back around and go home at the time and I regret so much that I didn't. I've lost thousands of dollars in wages at my job, lost my relationship and spent every dollar I had in savings on my immigration lawyer. Worse still I've caused my father so much pain, when he has already been through so much loosing my mother and his son. I have never before been in any kind of legal trouble not so much as ever gotten a traffic ticket, nor have I ever done any kind of drug in my life or smoked a ciggerette. Being in jail with criminals for the last two months and being shackeled in chains has been the scariest thing I've ever known. I'm so, so sorry for what I did and will never do something so stupid and careless ever again! I have cried everyday in jail and written to my father many, many times how sorry I am for this terrible mistake I've made. Please find it in your heart to have mercy upon me your honor. I promise I will never again do anything so careless or disrespect the boarder laws. I'm so sorry!

X [signature]
Olivia Surigani

Sworn to before me this 4th day of November 2014
[notary signature]

MARY A. HORTON
Allegany County, New York
No. 01HO6142910
My Commission Exp. March 08, 2018